# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

MURPHY PAINTER

VERSUS

RICKY BABIN, DISTRICT ATTORNEY

NO.   2020 CW 0937

**DECEMBER 07, 2020**

---

In Re:   Ricky L. Babin, District Attorney, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 128107.

---

**BEFORE:   HIGGINBOTHAM, THERIOT, AND WOLFE, JJ.**

**WRIT DENIED.**

TMH
MRT
EW

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT